IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| DEANNA DEMOND, | ) |
| Plaintiff, | ) ) ) ) |
| vs. | ) Civil No. 15-cv-511-JPG-CJP ) |
| COMMISSIONER OF SOCIAL SECURITY, | ) ) |
| Defendant. | ) ) ) ) |

**MEMORANDUM and ORDER**

Before the Court is plaintiff's stipulation for voluntary dismissal pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii). (Doc. 13).

Plaintiff seeks voluntary dismissal with prejudice on all claims asserted in this action against defendant, Carolyn W. Colvin, Acting Commissioner of Social Security. The stipulation contained the authorized signatures of the counsel of record for both parties as required per rule 41(a)(1)(A)(ii) and defendant has no objections to the stipulation.

Plaintiff's stipulation for voluntary dismissal **(Doc. 13)** is **GRANTED** and the matter is **DISMISSED WITH PREJUDICE**. The Clerk of Court is **DIRECTED** to enter judgment in favor of defendant.

**IT IS SO ORDERED.**

DATE:  9/23/2015          *s/J. Phil Gilbert*
                          J. PHIL GILBERT
                          DISTRICT JUDGE